HENRY W. C. MICHELSEN, Respondent, v. VINCENT DE MARTINI, Appellant.

(Argued April 26, 1929; decided July 11, 1929.)

*Samuel Gottlieb* and *Samuel Shereff* for appellant.
*Clarence Alexander* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.   Dissenting: CARDOZO, Ch. J.